UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| SHNICKA SHULER, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. 1:19-cv-02668 | |
| § | | |
| THE CBE GROUP INC. § | | |
| *Defendant.* § | | |

## Motion to Excuse Client Attendance
## at Case Management Conference

Now comes Defendant The CBE Group, Inc. ("CBE") and respectfully moves this Court for an Order excusing the personal attendance of it's party representative at the March 2, 2020 case management conference. CBE's representative is based in the State of Iowa, and attendance would require significant expense and an undue hardship. CBE understands the importance of the case management conference and the benefits of meaningful participation of the parties. If this Motion is granted, CBE's counsel will attend in person with authority for scheduling and settlement purposes, and the client representative can be available by telephone.

For these reasons, CBE respectfully requests that the Court excuse the personal attendance of it's party representative at the case management conference.

Respectfully submitted,

/s/ Zachary P. Elliott
Boyd W. Gentry (0071057)
Zachary P. Elliott (0090057)
Law Office of Boyd W. Gentry
4031 Colonel Glenn Highway, First Floor
Beavercreek, OH 45431

                Tel. (937) 839-2881
                Fax (800) 839-5843
                bgentry@boydgentrylaw.com
                zelliott@boydgentrylaw.com
                *Counsel for The CBE Group, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded via CM/ECF on this January 20, 2020 to:

Joseph Scott Davidson
Mohammed O. Badwan
**Sulaiman Law Group LTD**
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

                /s/ Zachary P. Elliott
                Zachary P. Elliott (0090057)